PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Daniel Cardillo        Cr.: 13-00121-002
       PACTS #: 66353

Name of Sentencing Judicial Officer:    THE HONORABLE JEROME B. SIMANDLE
       SENIOR UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:    THE HONORABLE NOEL L. HILLMAN
       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/16/2015

Original Offense:  18 U.S.C. § 371 [18 U.S.C. § 1343] – Conspiracy to Commit Wire Fraud

Original Sentence: 60 months probation

Special Conditions: Special Assessment - $100, Restitution - $200,000.00 Community Service – 100 hours, Financial Disclosure, Life Skills Counseling, No New Debt/Credit, Self-Employment/Business Disclosure

Type of Supervision: Probation        Date Supervision Commenced: 12/16/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to Satisfy Restitution |

U.S. Probation Officer Action:

Throughout his term of supervised release, Cardillo was compliant with his restitution order. The offenders' supervision is due to expire on December 15, 2020, with an outstanding restitution balance of $188,200.00 The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Daniel Cardillo

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Javier Marrero, Jr.*
By:    JAVIER MARRERO, JR.
       Probation Technician

/ jm

APPROVED:

*Elisa Martinez*          *9/18/2020*
ELISA MARTINEZ            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Schedule on December 15, 2020, (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/ Noel L. Hillman, U.S.D.J.
Signature of Judicial Officer

October 9, 2020
Date